IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NO. 3:18-CV-105

| | |
|---|---|
| FRANK MORENO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER GRANTING EXTENSION** |
| ) | **OF TIME TO RESPOND TO** |
| EXPEDIA, ) | **COMPLAINT** |
| ) | |
| Defendant. ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. Due to a clerical error, the Order Granting the Motion for Extension of Time [doc. # 5] contained the language ". . .and there being no objection thereto." The motion, however, did not state that it was by consent, and therefore said language was incorrect.

IT IS THEREFORE ORDERED that the Order docketed as Doc. No. 5 is hereby vacated;

IT IS FURTHER ORDERED that the Motion for Extension of Time [doc. # 4] is **GRANTED**, and the Defendant shall have until and including March 30, 2018, within which to file its Response to Plaintiff's Complaint.

Signed: March 26, 2018

*[signature]*

Graham C. Mullen
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I further certify that I have mailed the foregoing document to the following non CM/ECT participants:

Frank Moreno
6801 Northbury Ln., #315
Charlotte, NC 28226

                                    WILLIAMS MULLEN

                                    BY: /s/ Elizabeth C Stone
                                    Elizabeth C. Stone
                                    N.C. State Bar No. 36690
                                    PO Box 1000
                                    Raleigh, NC 27602
                                    Telephone: (919) 981-4065
                                    Fax: (919) 981-4300
                                    Email: ecstone@williamsmullen.com
                                    Email: ecstone@williamsmullen.com
                                    *Attorneys for Defendant Expedia*